AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

July 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **MC** _____
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   **W25-206M** |
| | ) | |
| | ) | |
| ALEXANDER ETHEREDGE, JR. | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 11, 2025 _____ in the county of _____ Bell _____ in the
Western District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) & 924(a)(8) | being a person who knew he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, and said firearm was in and affecting commerce |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

BRANDON REEVES, Det-Killeen Police Departmen
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   7/17/2025

*Judge's signature*

City and state:          Waco, Texas

DEREK T. GILLILAND, US Magistrate Judge
*Printed name and title*

**W25-206M**

# A F F I D A V I T

BEING FIRST DULY SWORN, Affiant, Brandon Reeves, deposes and states the following:

I, Brandon Reeves, am a Detective with the Killeen Police Department's Organized Crime Unit in the Waco Division of the Western District of Texas.

## AFFIANT'S BACKGROUND

Your affiant's name is Brandon Reeves. Affiant is a peace officer of the State of Texas, and is currently employed by the Killeen Police Department, in Killeen, Bell County, Texas. Affiant has been a licensed peace officer since January 2021 and is currently working as a Detective assigned to the Organized Crime Section of the Killeen Police Department, working as a Narcotics Detective. Affiant attended the Killeen Police Department Training Academy and has since had over 2500 hours of continued education on law enforcement related issues. Affiant currently holds a Intermediate Peace Officer from the Texas Commission on Law Enforcement (TCOLE). During his career, affiant has made arrests for narcotics related offenses, including marijuana, cocaine, ecstasy, methamphetamine, and synthetic narcotics that have resulted in convictions. Affiant was a member of the Killeen Police Department Violent Crime Action Team and has participated in numerous narcotics-based search warrants as an entry team member, inner perimeter team member, and conducted pre-raid surveillance.

## AFFIANT'S KNOWLEDGE

The information in this affidavit is derived from physical evidence, review of reports, discussions with officers from the Killeen Police Department and from conversations with persons further identified below who have personal knowledge of the events described herein.

Based on Affiant's investigation, **ALEXANDER ETHEREDGE, JR.** is a convicted felon and was in Possession of a Firearm in Killeen, Texas which is in the Waco Division of the Western District of Texas.

On 07/11/2025 your affiant conducted a briefing for a residential search warrant planned to be executed by the Killeen Police Department Organized Crime Unit with assistance from the Killeen Police Department SWAT Team at an apartment Killeen Texas. The location is within the Waco Division of the Western District of Texas.

Once the briefing was complete, surveillance on the target residence was conducted. The SWAT team then approached the residence and began executing the warrant. During the execution of the search warrant **ALEXANDER ETHEREDGE, JR.** was taken into custody. While on scene your affiant informed **ETHEREDGE** of his Miranda Warning to which he advised he understood his rights.

A systematic search of the residence was conducted resulting in locating the following items:

- Ruger AR556 SN: 855-86419
- Canik TP9 Elite handgun SN: T6472-21-00-08419
- Ruger Max 9 handgun SN: 350088703
- Multiple firearm magazine and accessories
- Multiple rounds of ammunition in varying calibers and quantities
- A clear bottle containing a brown liquid with a chemical odor
    - Positive test for Phencyclidine (PCP) with a reliable field test kit
    - 78.7 grams
- 7.5 cigarettes that had been dipped in PCP
    - 15.7 grams

The firearms described above were manufactured outside the state of Texas, and thus traveled in the stream of interstate commerce prior to its arrival in Texas. The firearms meet the definition of a firearm under Federal law, that is, it is capable of expelling a projectile by the action of an explosive.

Your affiant arrived at the jail and escorted **ETHEREDGE** to the interview room. Your affiant asked **ETHEREDGE** if he still understood his Miranda Rights to which he advised he did. During our conversation, **ETHEREDGE** advised he had been smoking "dipped" cigarettes, which your affiant knows from training and experience refers to PCP dipped cigarettes.

Your affiant asked **ETHEREDGE** what would be found in his residence to which he advised we would find firearms. **ETHEREDGE** advised he is selling drugs for an individual in exchange for rent. **ETHEREDGE** advised the firearms do not belong to him, but that he handles them and has taken photographs with them for Facebook.

After a review of **ETHEREDGE's** CCH your affiant observed the following felony conviction information:

COURT AGENCY          TX014045J - 264TH DISTRICT COURT BELTON
COURT OFFENSE         AGG ROBBERY
LEVEL & DEGREE        FELONY - 1ST DEGREE
DISPOSITION           CONVICTED
DISPOSITION DATE       03-31-2017
SENTENCE DATE         03-31-2017
CAUSE NUMBER          76202
FINAL PLEADING        GUILTY
CONFINEMENT           05Y
CONFINEMENT/FINE      RECEIVING CUSTODY   TDCJ

| | |
|---|---|
| COURT AGENCY | TX014045J - 264TH DISTRICT COURT BELTON |
| COURT OFFENSE | POSS CS PG 1 >= 1G < 4G |
| LEVEL & DEGREE | FELONY - 3RD DEGREE |
| DISPOSITION | CONVICTED |
| DISPOSITION DATE | 03-31-2017 |
| SENTENCE DATE | 03-31-2017 |
| CAUSE NUMBER | 76468 |
| FINAL PLEADING | GUILTY |
| CONFINEMENT | 05Y |
| CONFINEMENT/FINE | RECEIVING CUSTODY   TDCJ |

Based on the above information, Affiant believes probable cause exists for issuance of a complaint for **ALEXANDER ETHEREDGE, JR.** for Possession of a Firearm by a Convicted Felon.

BRANDON REEVES, Detective
Killeen Police Department

SWORN TO AND SUBSCRIBED BEFORE ME on this the ___17th___ day of July, 2025.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE